UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Y.N. STORE AND ROYAL BOW CO. LTD.,

               Plaintiffs,

- against -

ASIATIC SHIPPING SERVICES INC.,

               Defendant.
-----------------------------------------------------------------X

JUDGE STANTON

'07 CIV 6068

ECF CASE

RECEIVED JUN 27 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certify that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:

               NONE.

Dated: June 27, 2007
       Southport, CT

               The Plaintiffs,
               Y.N. STORE AND ROYAL BOW CO. LTD

               By: _____
               Patrick F. Lennon (PL 2162)
               Nancy R. Peterson (NP 2871)
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               pfl@lenmur.com
               nrp@lenmur.com