CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YN STORE AND ROYAL BOW CO., LTD.,

               Plaintiff,                                           07-CV-6068

                  v.

ASIATIC SHIPPING SERVICES, INC.,

               Defendant.
-----------------------------------------------------------------x

### REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

       Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated June 28, 2007, and served upon Garnishee Societe Generale New York Branch on June 28, 2007, and thereafter on a continuous daily basis until July 6, 2007 and thence from July 10, 2007 through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant and did not otherwise have in its possession any property, tangible or intangible, including funds,

assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant or monies to be paid to discharge a debt owed to the defendant, including monies being electronically transferred by, to or for the benefit of the defendant.

Dated: North Bergen, New Jersey
   July 18, 2007

              CLARK, ATCHESON & REISERT
              Attorneys for Garnishee
              Societe Generale New York Branch

By: *[signature]*
              Richard J. Reisert (RR-7118)
              7800 River Road
              North Bergen, NJ 07047
              Tel: (201) 537-1200
              Fax: (201) 537-1201
              Email: reisert@navlaw.com

TO: CLERK OF THE COURT

    LENNON, MURPHY & LENNON
    Attorneys for Plaintiff
    Attn: Patrick Lennon, Esq. (Via email)

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Director of Litigation and Regulatory Affairs for Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-6068, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
18th day of July 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138698
Qualified in New York County
Commission Expires December 27, 2009