ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Y.N. STORE AND ROYAL BOW CO. LTD.,          :
                                             :
                    Plaintiffs,              :
                                             :
        - against -                          :        ECF CASE
                                             :
ASIATIC SHIPPING SERVICES INC.,              :
                                             :
                    Defendant.               :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 Civ. _____

### ORDER APPOINTING SPECIAL PROCESS
### SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on June 27, 2007, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy Peterson or any other partner, associate, ~~paralegal or agent~~ of Lennon, Murphy & Lennon, LLC, or any process server employed by Gotham Process Servers, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiffs) may hold assets of, for or on account of, Defendant.

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

Dated: New York, NY
       June 27, 2007

BY _____
           DEPUTY CLERK

_____
U.S.D.J.